UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

KHIRY JEFFERSON,

     Defendant.

Case No. 24-cr-00609-JST-1

**ORDER TO SHOW CAUSE**

Re: ECF No. 28

Defendant Khiry Jefferson, a federal prisoner, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct a sentence by a person in federal custody. ECF No. 28. The government is ordered to show cause why relief should not be granted. 28 U.S.C. § 2255(b). On or before May 22, 2026, the Government shall file and serve an answer showing cause why this Court should not issue a writ of habeas corpus. The Government's answer shall conform in all respects to Rule 5 of the Rules Governing Section 2255 cases. Additionally, the Government shall file and serve with its answer a copy of all portions of the administrative record that have been transcribed previously and that are relevant to a determination of the issues presented by the motion. The Government may also expand the record, where appropriate, under Rule 7. If Defendant wishes to respond to the answer, he shall do so by filing a reply with the Court on or before June 19, 2026.

    **IT IS SO ORDERED.**

Dated: April 24, 2026

_____
JON S. TIGAR
United States District Judge